# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE:  Docket Number 2019-CA-0952

Robin Allen

- - Versus - -

First Castle Federal Credit Union

22nd Judicial District Court
Case #: 201711122
St. Tammany Parish

On Application for Rehearing filed on 09/14/2020 by First Castle Federal Credit Union

Rehearing         **DENIED**

_____

J. Michael McDonald

Mitchell R. Theriot

Wayne Ray Chutz

Date    **OCT 0 7 2020**

Rodd Naquin, Clerk